Filed:05/21/2025
Clerk, U.S. District Court
Western District of Texas

By: *FMorales*

Deputy

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: EP:25-M -02184(1) |
| (1) LESTER DE LA CARIDAD MACHIN-CARRICARTE | § § | |

### ORDER RESETTING STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for **\*\*IN PERSON\*\*STATUS CONFERENCE** before the Honorable U.S. Magistrate Miguel A. Torres, in Room 712, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX on **Tuesday, May 27, 2025 at 01:30 PM**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating this Order, which may include sanctions such as delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the granting of a new trial, the dismissal of charges, or contempt proceedings.

**IT IS SO ORDERED** this 21st day of May, 2025.

**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**